UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | DECEMBER 31, 2003 |

**DEFENDANT'S REQUEST FOR EXTENSION OF TIME
TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

      Pursuant to D.Conn.L.Civ.R. 7 (b), the defendants in the above-captioned matter hereby respectfully request that they be given an extension of time of an additional 30 days, until March 1, 2004, in which to file an answer or further motions in response to the plaintiff's complaint.  This is the first such request made by the defendant.  The reason for this request is that the undersigned is taking a 2 week vacation out of state with her family during the month of January, 2004.  Furthermore, the pro se plaintiff's complaint requires a lengthy review to determine precisely what legal and factual allegations are contained therein.

Because the plaintiff is incarcerated and is representing himself in this matter, the undersigned is unable to contact him in a timely manner and as such, cannot ascertain his position on this request.

WHEREFORE, the defendants request that their motion of extension of time in which to respond to the plaintiff's complaint be granted until March 1, 2004.

THE DEFENDANT
OFFICER ART THODE


BY:_____
    Deborah L. Moore
    Their Attorney
    City of Meriden, Department of Law
    City Hall
    142 East Main Street
    Meriden, CT  06450
    Tel:  (203) 630-4045
    Fax:  (203) 630-7907
    Email:    dmoore@ci.meriden.ct.us
    Juris No. CT17792

# **CERTIFICATION**

This is to certify that on the 31st day of December, 2003, a copy of the foregoing was mailed, postage prepaid, to the following pro se plaintiff:

**MICHAEL MARTORAL, pro se,** Inmate #227381, Northern Correctional Institute, PO Box 665, Somers, CT 06071

 

_____
Deborah L. Moore
City of Meriden, Department of Law
City Hall
142 East Main Street
Meriden, CT  06450
Tel:     (203) 630-4045
Fax:  (203) 630-7907
Email: dmoore@ci.meriden.ct.us
Juris No. CT17792