## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| VS. | : | PRISONER<br>3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | DECEMBER 31, 2003 |

### DEFENDANT'S REQUEST FOR EXTENSION OF TIME
### TO RESPOND TO THE PLAINTIFF'S COMPLAINT

Pursuant to D.Conn.L.Civ.R. 7 (b), the defendants in the above-captioned matter hereby respectfully request that they be given an extension of time of an additional 30 days, until March 1, 2004, in which to file an answer or further motions in response to the plaintiff's complaint. This is the first such request made by the defendant. The reason for this request is that the undersigned is taking a 2 week vacation out of state with her family during the month of January, 2004. Furthermore, the pro se plaintiff's complaint requires a lengthy review to determine precisely what legal and factual allegations are contained therein.

FILED

2004 JAN -9  A 10: 56
U.S. DISTRICT COURT
BRIDGEPORT

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U. S. District Court
By: _____
Deputy Clerk