UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | MARCH 1, 2004 |

**ANSWER & SPECIAL DEFENSES**

1. The Defendant denies the factual background as set forth by the plaintiff.

2. The Defendant denies claim 1.

3. The Defendant denies claim 2.

4. The Defendant denies claim 3.

**SPECIAL DEFENSES**

**First Special Defense**

To the extent that the plaintiff's sole request for relief seeks the "medical reports on what had happened", and said medical reports are attached to the complaint, the plaintiff's request for relief has already been provided, and the plaintiff no longer has stated a cause of action upon which relief can be granted.

1

**Second Special Defense**

The plaintiff's own negligence directly contributed to any and all of his alleged injuries and damages.

**Third Special Defense**

The defendant enjoys qualified immunity for his alleged actions, as his conduct did not violate any clearly established constitutional rights and that it was objectively reasonable for the defendant to believe that his acts didn't violate the plaintiff's rights.

**Fourth Special Defense**

The acts of the defendant were justified inasmuch as the plaintiff, fleeing from the police and hiding under the bed of an apartment he had broken into, posed an immediate threat to the safety of the defendant, other officers and the residents of the apartment. Furthermore, he was resisting arrest at the time. To the extent that the plaintiff was injured, the defendant had reason to believe that his actions were lawful and just at the time in question.

**Fifth Special Defense**

The acts as alleged by the plaintiff were not committed by Defendant Art Thode.

**Sixth Special Defense**

Plaintiff's complaint fails to state a claim upon which relief can be granted.

THE DEFENDANT
OFFICER ART THODE

BY:_____
   Deborah L. Moore
   Their Attorney
   City of Meriden, Department of Law
   City Hall
   142 East Main Street
   Meriden, CT  06450
   Tel: (203) 630-4045
   Fax: (203) 630-7907
   Email:   dmoore@ci.meriden.ct.us
   Juris No. ct17792

## **CERTIFICATION**

This is to certify that on the 1st day of March, 2004, a copy of the foregoing was mailed, postage prepaid, to the following pro se plaintiff: **MICHAEL MARTORAL, pro se,** Inmate #227381, Northern Correctional Institute, PO Box 665, Somers, CT 06071.

_____
Deborah L. Moore
City of Meriden, Department of Law
City Hall
142 East Main Street
Meriden, CT  06450
Tel:    (203) 630-4045
Fax:  (203) 630-7907
Email: dmoore@ci.meriden.ct.us
Juris No. ct17792