UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL MARTORAL** | : | **CIVIL ACTION** |
| **PRO SE** | | |
| | : | **PRISONER** |
| **VS.** | : | **3:02CV12(AWT)(DFM)** |
| **OFFICER ART THODE** | : | **MARCH 3, 2004** |

## MOTION TO TAKE DEPOSITION OF A PRISONER
## UNDER FEDERAL RULES OF CIVIL PROCEDURE 30(a)(2)

The Defendant, by his attorney, hereby moves this court pursuant to Rule 30 (a)(2) of the Federal Rules of Civil Procedure for an order permitting the Defendant to take the oral deposition of Michael Martoral.

The defendants make this motion on the following grounds:

1. Michael Martoral is the *pro se* plaintiff in the above-captioned action.

2. This present case arises from a claim made by the plaintiff of alleged excessive force by the defendant Art Thode.

3. It is the contention of the defendant that this incident, as alleged, did not take place as the plaintiff has alleged. To the extent that the plaintiff did receive injuries while fleeing from the police and hiding under a bed in an apartment he had broken into, the defendant Art Thode was not involved.

4. The deposition of Mr. Martoral is essential to determine the precise nature of the plaintiff's claims, and taking the deposition of the plaintiff is routine in cases involving excessive force.

**WHEREFORE,** the Defendants move this Honorable Court for leave to take the Deposition of Michael Martoral, Inmate #227381 at Northern Correctional Institute, Somers, CT.

_____
DEBORAH L. MOORE
CITY OF MERIDEN
DEPARTMENT OF LAW
142 EAST MAIN STREET
MERIDEN, CONNECTICUT 06450
Tel:  (203) 630-4045
Fax:  (203) 630-7907
Email **dmoore@ci.meriden.ct.us**
FED. BAR. # ct17792

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 2nd day of March, 2004, to the following pro se plaintiff: **MICHAEL MARTORAL, pro se,** Inmate #227381, Northern Correctional Institute, PO Box 665, Somers, CT 06071

_____
Deborah L. Moore
Commissioner of the Superior Court