PRO SE
Michael Martoral
VS.
Officers Art Thode

FILED
2004 MAR -9 P 2:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Civil Action
Prisoner
3:02CV12 (AWT)(DFM)

## Motion to Not Deposition This Case

This case should not be deposition just because the Defendant wants it deposition.

Defendant Art Thode was the only officer who done this to me, that caused me to get two(2) staples "LAC and a Hematoma to forehead." My injuries was caused by Art Thode using excessive force. He went beyond the code of duty. I was in restraints, so he did things on his own. He assulted me while I was in restraints, the other officer who was present when this was taking place. Let Art Thode keep assulting. Art Thode took me to his patrol car which the number of the patrol car is #056. In the incident Art Thode withheld the other officers name and badge No. who was present when this incident took place.

Therefore the defendant violated my Eighth Amendment, Fourteenth Amendment and made threat comments that I still remember till this day. Ms. Moore and Art Thode had defer my character and making false accusation, how, on the Motion and the Special Defenses And Answer. On both Ms. Moore phrases that I had broken into it's not once she said it, but twice she mentioned it. She is trying to say I caused my own injuries, I do not and will not cause any harm to myself.

This case should not be deposition due to evidence, medical reports and the police reports. In the police report Art Thode didn't mention anything about braking into an apartment. The people who rents that apartment I know them and they know me. So therefore I did not brake into no apartment, Ms. Moore claims I did so why didn't I get charge. A officer went back to see if