UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 11  P 5:02

U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL MARTORAL

v.

OFFICER THODE, et al.

Case No.   PRISONER
3:02CV12 (AWT) (DFM)

RULING AND ORDER

Defendant Thode seeks leave to depose the plaintiff. Pursuant to Rule 30(a)(2), Fed. R. Civ. P., the Motion to Take Deposition [doc. # 27] of the plaintiff is GRANTED.

SO ORDERED in Hartford, Connecticut, this ___11th___ of March, 2004.

_____
Donna F. Martinez
United States Magistrate Judge