UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | JULY 2, 2004 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A SUMMARY JUDGMENT MOTION**

The defendant Art Thode hereby respectfully move for an additional 30 days from July 19, 2004, until August 19, 2004 to file their motion for summary judgment in the above captioned matter.

In accordance with L.Civ.R. 9(b), and in support of this motion, the defendant represents as follows:

1. Since March 30, 2004 the deposition of the plaintiff, an incarcerated pro se, had been noticed to take place on May 11, 2004 at Northern Correctional Facility. This date had been coordinated with the staff at Northern, the maximum security correctional facility in CT.

2. On May 10, 2004, the undersigned called Northern Correctional Facility to confirm that the deposition was going to go forward. It was on this date

        that the undersigned was informed that the plaintiff had been moved to a different correctional facility, MacDougall-Walker.

3. As quickly as possible, arrangements were made to take the plaintiff's deposition with the personnel at the MacDougall-Walker Correctional Facility.

4. On May 28, 2004, the deposition of the plaintiff was conducted.

5. However, to date, the undersigned has not yet received a copy of the deposition transcript. In consulting with the Court reporter, the transcript will be delivered next week.

6. It is reasonable to believe that the plaintiff's deposition testimony will be necessary to prepare the summary judgment motion, and the delivery of the transcript next week does not give the undersigned adequate time to prepare a motion for summary judgment.

7. The plaintiff is an incarcerated pro se and it is not possible to communicate this request via telephone to him, so it is not possible to determine his position on this request in a timely manner.

8. This is the first such motion for extension of time with respect to the Motion for Summary Judgment.

WHEREFORE, the defendants respectfully request that this Motion for Extension of Time to file their summary judgment motion and accompanying documents be granted until August 16, 2004.

        THE DEFENDANT
        ART THODE


By:_____/S/
    Deborah L. Moore
    His Attorney
    City of Meriden Legal Department
    City Hall
    142 East Main Street
    Meriden, CT  06450
    Tel (203) 630-4045
    Fax: (203) 630-7907
    Email: **dmoore@ci.meriden.ct.us**
    Juris No. ct17792


**CERTIFICATION**

This is to certify that on the 2nd day of July, 2004, a copy of the foregoing was mailed, postage prepaid, to the following:

**Michael Martoral,** pro se, MacDougall-Walker Correctional Facility, 1153 East Street, S. Suffield, CT 06080

    _____/S/
    Deborah L. Moore