UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | AUGUST 18, 2004 |

### DEFENDANT'S MOTION FOR AN EXTENSIONOF TIME TO FILE A SUMMARY JUDGMENT MOTION

The Defendant Art Thode hereby respectfully moves for an additional 30 days from August 19, 2004, until September 20, 2004 to file a motion for summary judgment in the above captioned matter.

In accordance with L.Civ.R. 9(b), and in support of this motion, the Defendant represents as follows:

1. The deposition of the *pro se* plaintiff was conducted at MacDougall-Walker Correctional facility on May 28, 2004.

2. The transcript was not received by this office until the week of July 16, 2004, requiring the undersigned to move for an extension of time, an additional 30 days, in which to complete the summary judgment motion.

3. The Summary Judgment motion would have been due on August 19, 2004.

4. The undersigned experienced a death in her family in mid-July 2004, that required the undersigned to take bereavement leave.

5. It is fully anticipated that the Summary Judgment Motion and accompanying materials will be completed by September 20, 2004.

6. The *pro se* plaintiff is incarcerated. It is not possible to communicate this request via telephone to him, so it is not possible to determine his position on this request in a timely manner.

7. This is the second motion for extension of time with respect to the Motion for Summary Judgment.

WHEREFORE, the Defendant respectfully requests that this Motion for Extension of Time to file his Summary Judgment motion and accompanying documents be granted until September 20, 2004.

                                                       THE DEFENDANT
                                                       ART THODE


By:_____/S/
       Deborah L. Moore
       His Attorney
       City of Meriden Legal Department
       142 East Main Street
       Meriden, CT  06450
       Telephone:  (203) 630-4045
       Fax:  (203) 630-7907
       Email: **dmoore@ci.meriden.ct.us**
       Juris No.  CT17792


## **CERTIFICATION**

    This is to certify that on the 18th day of August 2004, a copy of the foregoing was mailed, postage prepaid, to the following:

**Michael Martoral,** pro se, MacDougall-Walker Correctional Facility, 1153 East Street, S. Suffield, CT 06080


                                      _____/S/
                                        Deborah L. Moore