UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | September 22, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rules of Civil Procedure 56, the Defendant ART THODE hereby moves for summary judgment, on the basis that the plaintiff's complaint fails to state a claim against Officer Thode and he is entitled to judgment as a matter of law for the following reasons:

1. To the extent that a police officer, Officer Thode or otherwise, committed the acts alleged by the plaintiff, that officer is entitled to qualified immunity inasmuch as the officer acted reasonably under the circumstances, that he had a reasonable belief that his actions did not amount to a constitutional violation and there is no evidence that his actions would amount to a constitutional violation;

2. The plaintiff has failed to state a claim upon which relief can be granted because the plaintiff did not assert the jurisdiction of the Court under 42 USC 1983 or otherwise, nor has the plaintiff alleged a violation of a constitutional or statutory right;

3.    The plaintiff has failed to state a claim upon which relief can be granted, or, more precisely, the relief requested, a copy of the plaintiff's medical records, has been provided to the plaintiff.

A Local Rule 9(c) Statement of Material Facts and a memorandum of law in support of this motion is attached hereto.

                              THE DEFENDANT
                              ART THODE

By:_____/s/_____
    Deborah L. Moore
    His attorney
    City of Meriden, Department of Law
    City Hall
    142 East Main Street
    Meriden, CT 06450
    (203)630-4045
    (203)630-7907   fax
    dmoore@ci.meriden.ct.us
    Juris No. ct17792

## CERTIFICATION

      This is to certify that on the 22nd of September, 2004, a copy of the foregoing was mailed, postage prepaid to the following: **MICHAEL MARTORAL, PRO SE**, MacDougall-Walker Correctional Facility, 1153 East Street, Suffield, CT  06080.

_____/s/_____
Deborah L. Moore