UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL MARTORAL<br>PRO SE | : | CIVIL ACTION |
| | : | PRISONER |
| VS. | : | 3:02CV12(AWT)(DFM) |
| OFFICER ART THODE | : | JANUARY 5, 2005 |

**MOTION FOR SUMMARY JUDGMENT IN FAVOR OF THE DEFENDANT
PURSUANT TO THE COURT'S ORDER OF NOVEMBER 23, 2004**

The defendant Art Thode hereby respectfully moves this Court to grant his motion for Summary Judgment absent objection in this matter.

In support of this motion, the defendant represents the following:

1. On September 23, 2004, the defendant filed a motion for Summary Judgment in this matter.

2. The plaintiff failed to respond within the allotted 21 days pursuant to Fed. R. Civ. P. 56 and Rule 7(a), D. Conn. L. Civ. R.

3. The Court sent two notices to the pro se plaintiff, informing him of his responsibility to respond to the defendant's motion for summary judgment.

4. The second order of notice, dated November 23, 2004, gave the plaintiff additional time until December 23, 2004 to respond to the defendant's motion for Summary Judgment.

1

5. To date, the plaintiff has not filed a responsive pleading to the defendant's Motion.

It is the position of the defendant that he is entitled to summary judgment in this matter. The plaintiff has been afforded ample opportunity and notice to respond to the defendant's motion for summary judgment and he has failed to do so. He failed to respond within the original 21 days as allowed by the Federal Rules and he failed to respond again after the Court sent a Second Order of Notice, providing for additional time. The defendant, a retired police officer, is eager to have some finality in this matter.

For the foregoing reasons, the defendant, Art Thode, respectfully requests that the Court grant his motion for Summary Judgment against the plaintiff and close this matter, in accordance with the Court's November 23, 2004 Order.

THE DEFENDANT
ART THODE

By:__/s/_____
    Deborah L. Moore
    His attorney
    City of Meriden, Department of Law
    142 East Main Street
    Meriden, CT 06450
    Telephone:  (203)630-4045
    Fax:        (203)630-7907
    Juris No.   CT17792

2

## CERTIFICATION

This is to certify that on the 5th of January, 2005, a copy of the foregoing was mailed, postage prepaid to the following: **MICHAEL MARTORAL, pro se**, MacDougall-Walker Correctional Facility, 1153 East Street, Suffield, CT 06080.

                                      _/s/_____
                                      Deborah L. Moore
                                      His attorney
                                      City of Meriden, Department of Law
                                      142 East Main Street
                                      Meriden, CT 06450
                                      Telephone:   (203)630-4045
                                      Fax:          (203)630-7907
                                      Juris No.     CT17792

Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

3