UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 18 P 3:51

U.S. DISTRICT COURT
HARTFORD, CT.

MICHAEL MARTORAL

v.

OFFICER THODE, et al.

PRISONER
Case No.   3:02CV12 (AWT) (DFM)

RULING AND ORDER

    Defendant Thode seeks an extension of time to file a motion for summary judgment until August 19, 2004.  The Motion **[doc. # 31]** is **GRANTED** nunc pro tunc absent objection.  Defendant Thode seeks leave to file a motion for summary judgment until September 20, 2004.  The Motion **[doc. # 32]** is **GRANTED** nunc pro tunc absent objection.  The plaintiff files a motion seeking not to be deposed by defendant Thode.  The plaintiff has failed to set forth a valid basis for denying defendant Thode permission to depose him.  Accordingly, the "Motion to Not Deposition This Case" **[doc. # 28]** is **DENIED**.

    SO ORDERED in Hartford, Connecticut, this 18th of January, 2005.

Donna F. Martinez
United States Magistrate Judge