UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL MARTORAL | PRISONER |
| v | CIVIL NO. 3:02CV12 (AWT) |
| CITY OR MERIDEN<br>OFFICER THODE<br>MERIDEN POLICE DEPARTMENT | |

J U D G M E N T

The cause came on for consideration of a motion to dismiss and motions for summary judgment before the Honorable Alvin W. Thompson, United States District Judge.

The Court has considered the motion to dismiss and the motions for summary judgment and all of the papers submitted in connection with the motions.  On July 14, 2003, the Court, issued a Ruling and Order granting the motion to dismiss as to the claims against the City of Meriden and Meriden Police Department and denying the motion as to the claims against Officer Thode.

On March 7, 2005, the Court dismissed this case without prejudice pursuant to Rule 41(b), Fed. R. Civ. P. and denied the motions for summary judgment as moot.

Therefore, the action is dismissed without prejudice as to defendant Thode pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and dismissed as

to defendants City of Meriden and Meriden Police Department.  The case is closed.

Dated at Bridgeport, Connecticut this 9th day of March, 2005.

                                                KEVIN F. ROWE, Clerk

                                                By /s/ Cynthia Earle

                                                  Cynthia Earle
                                                  Deputy Clerk

Entered on Docket _____